## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RAYFORD                            v. EDISON INTERNATIONAL            No. 08-0387-BEN(LSP)

HON. LEO S. PAPAS          CT. DEPUTY J. JARABEK          Rptr.   3 H

                                        Attorneys

        Plaintiffs                                              Defendants

ESTHER VALDES                                     WILLIAM HARN


ENE held.

On or before June 13, 2008, counsel shall contact the Court regarding settlement proposal.


DATED: June 9, 2008

                                                        Hon. Leo S. Papas
                                                        U.S. Magistrate Judge