**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

RAYFORD                         v. EDISON INTERNATIONAL         No. 08-0387-BEN(LSP)

HON. LEO S. PAPAS      CT. DEPUTY J. JARABEK      Rptr.
                              Attorneys
      Plaintiffs                                     Defendants

Case settled. Plaintiff's/Defendant's counsel to submit papers within 30 days.

A Settlement Disposition Conference will be held in this case on August 21, 2008, at 4:00 p.m., in the chambers of Magistrate Papas unless a signed stipulation for dismissal of this case is filed and a copy of the signed stipulation is provided to the chambers of Magistrate Judge Papas, prior to that time. If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: July 18, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge