**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RAYFORD                          v. EDISON INTERNATIONAL         No. 08-0387-BEN(LSP)

HON. LEO S. PAPAS      CT. DEPUTY J. JARABEK        Rptr. _____

Attorneys

Plaintiffs                                               Defendants

The date and time of the Settlement Disposition Conference on August 21, 2008 at 4:00 PM is vacated and reset for September 9, 2008 at 4:00 PM.

If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: August 21, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge