**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RAYFORD                          v. EDISON INTERNATIONAL           No. 08-0387-BEN(LSP)

HON. LEO S. PAPAS       CT. DEPUTY J. JARABEK           Rptr. _____

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |
| | |

The date and time of the Settlement Disposition Conference on September 9, 2008 at 4:00 PM is vacated and reset for October 1, 2008 at 4:00 PM.

If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED: September 8, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge